AO 440 (Rev. 06/12) Summons in a Civil Action

FEB 12 2026 PM 3:17
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

COPY

Corey Wayne Swearingen )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 8:26-CV-404-WFJ-NHA
City of Tampa/Tampa Fire Rescue )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Tampa
Attn: Tampa Fire Rescue
808 E. Zack St
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Corey Wayne Swearingen
502 S Fremont Ave Unit 1014
Tampa, FL 33606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/12/2026

*Signature of Clerk or Deputy Clerk* ANGEL WADDELL